Case 1:17-cv-06438-RPK-RER   Document 60   Filed 08/12/21   Page 1 of 1 PageID #: 573

Clerk's Office
Filed Date:

08/12/2021

U.S. DISTRICT
COURT
EASTERN
DISTRICT OF
NEW YORK
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
XIN HAO LIU A/K/A "ERIC LIU", RUN DE MO
A/K/A "ALFRED MO" AND MENGHAN QIN
A/K/A "HANNA QIN",

                              JUDGMENT

                   Plaintiffs,                 17-CV-06438 (RPK) (RER)

  v.

MILLENIUM MOTORS SPORTS, LLC, XIAO
MENG LI A/K/A "JASON LI", AND JOHN
DOES #1-10

                   Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on August 6, 2021, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated May 24, 2021, granting Plaintiffs' motion for default judgment; awarding plaintiffs (1) damages of $60,377.26 to Xin Hao Liu, $30,447.46 to Run De Mo, and $16,941.02 to Menghan Qin; (2) attorney's fees of $18,910; (3) costs of $400; and (4) pre- and post-judgment interest; and the Clerk of Court having calculated the prejudgment interest at the rate set forth in the R&R (pg. 16), and the prejudgment interest amounts being $ 11,708.53(Xin Hao Liu); $5,480.47 (Run De Mo) and $1,532.63 (Menghan Qin); it is

       ORDERED and ADJUDGED that Plaintiffs' motion for default judgment is granted; that Plaintiffs are awarded a total amount of $127,075.74 ($72,085.79- Xin Hao Liu, $35,927.93- Run De Mo, and $18,473.65- Menghan Qin), plus post judgment interest; and that the defendants identified as John Does #1-10 are dismissed from the case without prejudice.

Dated: Brooklyn, New York                            Douglas C. Palmer
       August 12, 2021                                  Clerk of Court

                                                   By:     /s/Jalitza Poveda
                                                           Deputy Clerk